STATE OF NORTH CAROLINA v. JIMMY T. DICKERSON

No. 7314SC239

(Filed 14 March 1973)

APPEAL by defendant from *Bailey, Judge,* 28 August 1972 Session of Superior Court held in DURHAM County.

*Attorney General Robert Morgan by Emerson D. Wall, Assistant Attorney General, for the State.*

*Jerry B. Clayton for defendant appellant.*

VAUGHN, Judge.

This is another appeal at the State's expense by an indigent defendant after a plea of guilty. Defendant's plea of guilty to

escape was accepted by the court only after due inquiry and proper adjudication that the same was freely and voluntarily made. The one year sentence imposed was well within the statutory limit. The appeal is without merit.

Affirmed.

Judges BRITT and MORRIS concur.